STATE OF NORTH CAROLINA v. RONNIE WALLACE LONG

No. 265PA09

(Filed 4 February 2011)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an order on a motion for appropriate relief entered on 25 February 2009 by Judge Donald Bridges in Superior Court, Cabarrus County. Heard in the Supreme Court 24 March 2010.

*Roy Cooper, Attorney General, by Daniel P. O'Brien, Assistant Attorney General, for the State.*

*Marilyn G. Ozer and William F.W. Massengale for defendant-appellant.*

PER CURIAM.

Justice JACKSON took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the order of the superior court. Accordingly, the order of the superior court is affirmed. *See, e.g., State v. Greene,* 298 N.C. 268, 258 S.E.2d 71 (1979); *State v. Johnson,* 286 N.C. 331, 210 S.E.2d 260 (1974).

AFFIRMED.